JUN 22 2026 PM 1:58
FILED-USDC-CT-HARTFORD

Anna Sullivan

Vs.

**Amazon**
Jeffrey Bezos
Jackie Bezos
Preston Bezos
Jeffrey Bezos Children
Lauren Sanchez
Lauren Sanchez children
Jerome Powell
Blue Origin
Miguel Bezos
Mary Wallace Funk
Jackie Kennedy
Nancy Peloski
Susan Bysiewicz
MacKenzie Scott
Elissa Leonard
Jerome Powell
Scott Bessent
Lisa Cook
Bill Gates
Windows
Melissa Gates
Anthony Faucci
Kamala Harris
Douglas Emhoff
Hartford Healthcare
New York Embassy
United States Embassy
The White House
World Embassy
Connecticut
Jeff Bezos
Jeff Bezos' house station
George Strait
Lisa Bezos
Mark Bezos
Christina Bezos

Steve Poor
John Larson
Victor Bolden
Robert Spector
William Tong
Ned Lamont
Ann Lamont
Lindsay Lamont
Theodore Lamont
Camille Lamont
Connecticut Police
West Hartford Police
Hartford Police
New Britain Police
Vernon Riddick
Larry Ellison
Elon Musk
Maye Musk
Kimbal Musk
Tosca Musk
MacKenzie Scott
David X. Sullivan
Donald Trump
Donald Trump Jr.
Eric Trump
Erin Stewart
Anthony Faucci
Joe Courtney
Jim Hines
Rosa DeLauro
Chris Murphy
Richard Blumenthal
Milford Hayes
Johanna Hayes
Lisa Morgan
David De Rothschild
Olympia Rothschild
Serena Rothschild Estate
Warren Buffet
Charlie Munger Estate
Hakeem Jeffries

Kennisandra Jeffries
Miguel Diaz-Canal
George Santos
Mike Johnson
Kelly Lary
Kevin McCarthy
Nancy Peloski
Instuform
Janet Yellen
Arunan Arulampalam
Luke Bronin
Sara Bronin
Nathaniel Rothschild
Tim Cook
Iphone
Apple
Kim Kardashian
Kylie Jenner
Kourtney Kardashian
Khloe Kardashian
Kendall Jenner
Robert Kardashian
Kris Jenner
Victor Bolden
Paris Hilton
Michael Boxer
Melissa Boxer
David Moross
Christine Mack
Richard Mack
Dan Jewett


Connecticut, United States you can not attempt to murder me and hide it.

Connecticut, United States you can not attempt to murder me and hide it

Connecticut, United States is using law to kill me.

Anne Lamont, Ned Lamont, John Larson and Jeff Bezos and family are now abolished and removed out of the government

Abolish World Embassy

1. Attempt to murder
2. Attempt to not reveal
3. Attempt to damage more each second of the day
4. Assault and damage
5. Attempt to attract
6. Connecticut is under a higher power at this point and send me the title
7. Jeffrey Bezos and Mark Bezos attempt to not appear after an invite
8. Attempt to lure and lead to murder or death
9. Attempt to not pay
10. Following and sexual harassment
11. Defamation

Relief: $1 Trillion Each parties' entire net worth.

1. All defendants and all United States Government entities to be abolished
2. Abolish Connecticut courts
3. I am awarded the Monarchy, Government's and World Embassy Titles.
4. Send all of their title Binders entirely.
5. All defendants to be abolished
6. Jeffrey Bezos and Mark Bezos house to be abolished and leave me alone with no contact for good.
7. Restraining order against Elon Musk, Ned Lamont and Family, Jeff Bezos and Family, Mark Bezos and Family immediately.
8. Restraining order on all of the defendants
9. Put a dead bolt on those doors of the Capital and the Governor's Mansion after vacating and continue to hold guards to watch and protect the property.
10. Do not let Ned Lamont, John Larson's or Luke Bronin's guards or police continue. Exit the government immediately and go home laid off.
11. Jerome Powell to be abolished and all money and titles to go to me.
12. Abolish the President and White House, vacate
13. All defendants receive the death penalty

14. Lisa Bezos, Jeff Bezos and Mark Bezos to lose her home and assets and go to jail for not stopping
15. Ned Lamont, Ann Lamont, Teddy Lamont, Lindsey Lamont, Emily Lamont to be arrested and taken out of office immediately before the election. Do not wait
16. Ned Lamont, John Larson and the rest of Connecticut cannot write any more laws. There will be no new laws written on, before or after July 1, 2026. There will be no new laws written by everyone other than myself for the remaining 2026 and on.
17. Do not talk to me, do not approach, do not follow, do not spy
18. Send me the funds and titles
19. I am enforcing the state and United States to follow these orders.