Anna Sullivan

3:26-cv-01087
3:26-cv-00995-SFR

AUG 26 2026 PM12:18
FILED-USDC-CT-HARTFORD

See attached picture of the system that is being used against me for an attempt to murder and violation of my rights and life. Move forward with the case because there is a sense of urgency.

Politicians who are running in any election can not continue to run if they have participated in hurting me. Lamont and Larson cannot participate. This case must be completed by this month. I don't have to ask you for permission. Ned and Ann Lamont were only hired for Governor because my name is Anna as a plot. They are pawns that got comfortable.

Jeff, Mark Bezos and family cannot control me or be involved. He tried to kill me.

All to be arrested at once:
Leslie Larson
John Larson
Ann Lamont
Ned Lamont didn't want to tell and stop them
Christina Bezos
Miguel Bezos
Jeff Bezos
Mark Bezos
Lauren Sanchez
MacKenzie Scott
Blue Origin
The Bezos' Family friends

Lamont's guard said Jeff is against white men and is not on their side. MacKenzie Scott is not on the women's side. She is jealous of blondes. Women have been mean and disrespectful to me while I was injured because they have seen me as a threat while they have an issue with other women.

I have a court case in Hartford Superior court that I need to stop and pause because I am injured and the court was mean and not giving me consideration to protect the state unlawfully. They don't have a reason to be on their side, just because they are controlled through a scare tactic by the predators of the state and situation.

All parties tried to just bother me through a KKK tactic because I have a white parent and tried to force me to date white while trying to kill me at the same time.

3:26-CV-01087
3:26-CV-00995-SFR



This is the equipment mark & Jeff Bezos, Ned & Ann Lamont, John Larson and all of the defendants have used to attempt to murder me and violate my rights. CT Goverment, Washington, US United States governments are all involved.
All are arrested and abolished from now on.
You should be ashamed of yourselves.

Anna Sullivan
211 Girard Ave
Hartford, CT 06105

HARTFORD CT 060
20 AUG 2026 PM 2 L

Freedom 250



US Fed District Court
450 Main St.
Hartford, CT