3:26-cv-00995-SFR
3:26-cv-01087

Anna Sullivan

Vs.

Rothschild & Co.
Radical Left (Jeff Bezos, Elon Musk, John Larson, Leslie Larson, MacKenzie Scott)
Maye Musk
Tosca Musk
David de Rothschild
Olympia de Rothschild
Amazon
United States Embassy
Connecticut
Jerome Powell
Ned Lamont
Jeffrey Bezos
Mark Bezos
Elon Musk
Ann Lamont
John Larson
Leslie Larson
Susan Bysiewicz
David X. Sullivan
Victor Bolden
Jackie Bezos
Miguel Bezos
Lisa Bezos
Christina Bezos
Steve Poor
Preston Bezos
Lauren Sanchez
Lauren Sanchez Children
Mark and Lisa Bezos Children
Jeff and MacKenzie's children
Victor Bolden
Kamala Harris
Douglas Emhoff
CT and United States Police Headquarters
Normani Hamilton
Andrea Stewart-Hamilton
Robert Spector
Luke Bronin
Sara Bronin
Lawrence Preston Gise Estate-still alive

AUG 28 2026 AM11:49
FILED-USDC-CT-HARTFORD

Mattie Louise Strait Gise
Aubrey Drake Graham
Sandy Graham
Denis Graham
Sophie Brussaux
Vernon Riddick
Erick Russell
Sean Scanlon
Erin Stewart
Richard Blumenthal
Matt Blumenthal
Johanna Hayes
Connecticut Embassy
Ursula Werner
Dan Cena
John Cena
Matthew Cena
WWE- Stamford, CT
MacKenzie Scott
Kimberly Kardashian
Robert Kardashian
Kris Kardashian
Khloe Kardashian
Kylie Jenner
Kendall Jenner
Caitlin Jenner
Kanye West
Jerome Powell
Elissa Leonard
Kentanji Brown
Blue Origin
English Monarchy
Meghan Markle
Prince Harry Mountbatten-Windsor
Prince William
King Charles
City of Hartford
City of New Britain
Milford Hayes

The group of defendants are involved in a hate crime against me to gang-stalk and sexually harass me and attempt to murder me as I have been fully injured by them by connecting the Government's radioactive data line through their energy power sources to a brain tumor that

was created in my head. The tumor bursted out of my head and molded on my scalp and was recognized and diagnosed by a surgeon. The severity was hidden by a new method that Jeffrey Bezos' family, Blue Origin team, Jerome Powell, Lisa Cook, Susan Bysiewicz, Ned Lamont, Ann Lamont and Family. Everyone participated in lack of judgement and understanding, purposeful neglect, unnecessary blame and the want to be a part of a violent gang to feel like they would be hushers to Jeff Bezos and Jerome Powell that gave them hush money or secret opportunities that were hidden to the public.

MacKenzie Scott initated a virtual Lynching to me with Jeffrey Bezos, Mark Bezos and Jerome Powell as it was her idea with Jerome Powell. Lisa Cook initiated a Black Panther lynching against me at the same time for no reason. They all thought it was funny and thought that they were going to start hurting all races this way in a bully form, especially the white and black race to make them pass away. The lynching consisted of virtual scenes of my body being lynched and choking me while they show themselves laughing and hitting me.

All of my life I have been attacked and obsessed over for my mixed race and people don't treat me fairly and act like it's funny to ignore and deceive me. Everything I say about MacKenzie Scott is trying to contradict.

All of my information was used for all of their celebs and to create all their lifestyles while attempting to murder me.

I want The Bezos Family arrested because they're killing me and Connecticut is not being understanding or empathetic. I will be taking Connecticut and the United States titles and money for killing and straining me everyday and lying about not doing so. I put in countless papers and complaints to the courts and police and was ignored. I was told by these individuals that I was always envied and it hurts others to see me do well as Connecticut and United States authorities practice Napoleonism.

Their interest in this organized crime was jealousy to myself for my intelligence from them and wanted to practice their career criminal skills of hurting someone in the dark and getting away with it. They have a hidden history of doing this to me for a while and blaming me of racist reasons like "living in a state and area with minorities around and saying that I shouldn't talk to them or look at them, which is considered extreme racism.

I have always been attacked by them for my intelligence which makes a condescending authority like Lisa Cook, Jerome Powell, Mark, Jeffrey, Christina, Jacklyn, Miguel Bezos, Kamala Harris, Douglas Emhoff, angry when they think someone is smart enough to make decisions.

There is a black African American group in the Connecticut Data Center that is a Black Panther group that is yelling in my head with them with full brute force and loudness to the top of their lungs. Normani and Andrea Hamilton are a part of this group. The black people in Hartford are practicing black pantherism. The state of Connecticut is practicing KKK against me and is

Vernon Riddick
Erick Russell
Sean Scanlon
Erin Stewart
Richard Blumenthal
Matt Blumenthal
Johanna Hayes
Connecticut Embassy
Ursula Werner
Dan Cena
John Cena
Matthew Cena
WWE- Stamford, CT

Arrest Ned, Ann, Theodore, Linsdsey, Lamont, Jeff Bezos, Mark Bezos and Normani Hamilton send them home to stay. Dismantle their equipment. Do not let them leave or travel. All of the United States and World have participated. The World Embassy has recognized and witnessed, then participated at fault.

Jacklyn and Christina Bezos caught Ann Lamont attempting to murder me with Matt and Dan Cena

These groups of white men are attempting to murder

1. Attempt to murder a woman
2. Attempt to not reveal
3. Defamation
4. Assault
5. CT and United States Police Headquarters did not help or answer as attempt to murder. This attack type is already known and recognized by the courts and was denied.

2. I am now the Owner, Controller, Governor and Senator and Congresswoman of the United States and World Embassy. I am now granted the title and awarded so. Herby now and forever in seal record. No one will receive any power.

3. Leave the Capital of Connecticut and the United States, and the World Embassy and hold safe guards.

4. I am The rule and law maker from here on out. No new laws to be written.

Anna Sullivan
211 Girard Ave
Hartford, CT 06105

**U.S. District Court**

**District of Connecticut**

## Notice of Electronic Filing

The following transaction was entered on 6/23/2026 at 1:22 PM EDT and filed on 6/22/2026

**Case Name:** Sullivan v. Bezos et al
**Case Number:** 3:26-cv-00995
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**Notice: Pursuant to Federal Rule of Civil Procedure 7.1(b), a disclosure statement required under Rule 7.1(a) must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.**
**Signed by Clerk on 6/22/26.(jb)**

attempting to murder me. The Police, court and locals have used these tactics against me and I turned to authorities they did not help and agreed.

Christina Bezos and the group think they are invincible by controlling my technologies through the data lines and can send errors to my devices and others.

I was also abused the same way by Vernon Riddick and Milford Hayes with brut force to date

- mackenzie Scott is funding this murder against me with ynark and Christina Bezos so that Jeff Bezos doesn't get his way with me to be friends. They are spiteful to Jeff because he tried to use and abuse me for his image and got rejected. Jeffs family continued with abuse and violence to me.

- Elon musk participated and lead for Billionaire wars. They don't have a glamourous history and needed lifestyles and designs for products.

Anna Sullivan

- white women are treating me poorly and hiding their crimes behind white men and using black women to do violence. They are using white female supremacy as evil and vegent. They date pedophiles and hide it for them.

Anna Sullivan
211 Girard Ave
Hartford, CT 06105




US District Court - Clerk
450 main St.
Hartford, CT 06103